UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERRILL J. VOLPICELLI,<br><br>                Plaintiff,<br>    v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>                Defendants. | Case No. 3:23-cv-00369-MMD-CLB<br><br>ORDER |

      The Court grants Plaintiff's motions to extend time to file replies to the motion to amend judgment until March 25, 2024. (ECF Nos. 20, 21). Plaintiff will file his replies on or before March 25, 2024.

      DATED THIS 11th day of March 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE